# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02944-BNB

DAVID COOPER,

    Plaintiff,

v.

DIRECTOR, of the Colorado Department of Corrections,
NAME UNKNOWN REGISTRATION CLERK, of 4-19-98 of the Colorado Diag[n]ostic
    and Receiving Reception Center, and
NAME UNKNOWN COLORADO DEPARTMENT OF CORRECTIONS SPOKE-
    PERSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Appointment of Counsel," (Doc. # 3) is DENIED as premature.

    Plaintiff's "Motion to Notify This Court of Miscellaneous Matters,"(Doc. # 4) is DENIED as unnecessary.

    Dated:  December 29, 2009